UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DWIGHT PHILLIPS,<br><br>         Plaintiff,<br><br>         v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>         Defendant. | Case No. 05-01537-JPD<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING RETURN OF SUMMONS |

Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. 1) is GRANTED. Plaintiff does not appear to have funds available to afford the $250.00 filing fee.

(1) The Clerk is directed to send a copy of this Order to plaintiff's counsel, and to issue summonses to plaintiff's counsel to enable proper service of the complaint on the appropriate parties. **Plaintiff shall note that it is her/his and/or her/his attorney's responsibility to properly serve copies of the complaint along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure.**

(2) The Clerk is directed to send to plaintiff's counsel a copy of the Notice of Initial Assignment and Consent to Proceed before a United States Magistrate Judge.

DATED this 29th day of September, 2005.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge