UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DWIGHT PHILLIPS,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. C05-1537-JCC-JPD<br><br>ORDER REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

    Plaintiff is proceeding in forma pauperis and through counsel in this civil action challenging the Commissioner of Social Security Administration's decision to deny him Supplemental Security Income benefits under Title XVI of the Social Security Act.  Defendant has filed a motion to remand in lieu of an answer. Dkt. No. 10.  She argues that a remand is necessary because, she has been unable to locate the files relating to the administrative decision. Dkt. No. 10.  Plaintiff does not oppose the motion. *Id.*; Dkt. No. 11.

    Having carefully reviewed defendant's motion and the record, the Court orders that the action be REMANDED in order permit the defendant to locate the appropriate file.  41 U.S.C. § 405(g) sent. 6; *Shalala v. Schaefer*, 509 U.S. 292, 297 n.2 (1993) (noting that remands pursuant to sentence six are appropriate when the Commissioner requests remand before filing an answer).  Should defendant be unable to locate the proper file within 60 days of the date of this order, defendant shall hold additional administrative proceedings necessary to reconstruct

ORDER
PAGE -1

the record and make a determination of whether to award benefits.

DATED this 28th day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE

Recommended for Entry this
 21st  day of  December , 2005.


s/ James P. Donohue
JAMES P. DONOHUE
UNITED STATES MAGISTRATE JUDGE

ORDER
PAGE -2